EDNA G. IRWIN, petitioner-respondent,

*v.*

JAMES W. IRWIN, defendant-appellant.

[Decided January 31st, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported *ante p. 189.*

*Messrs. Mackay & Mackay,* for the respondent.

*Messrs. Colby, Whiting & Moore,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS—11.

*For reversal*—None.